Form CLOSBK (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**James Ellwood Persons**<br>4483 E Old State Road<br>East Jordan, MI 49727<br>SSN: xxx–xx–0496<br>**Sherri Leigh Persons**<br>4483 E Old State Road<br>East Jordan, MI 49727<br>SSN: xxx–xx–2817<br><br>**Debtor(s)** | **Case Number 07–08546–jrh**<br><br>**Chapter 13**<br><br>**Honorable Jeffrey R. Hughes** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Brett N. Rodgers is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The chapter 13 case of the above named debtor(s) is closed.

Daniel M. LaVille
Clerk of Court

**Dated:** June 25, 2013